IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONNA KIKKERT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-300-bbc

TODD SAUNDERS,

    Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

By: *[signature]* Deputy Clerk
Peter Oppeneer, Clerk of Court

5-25-12
Date