IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONNA KIKKERT,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                       12-cv-300-bbc

TODD SAUNDERS,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.


By: *[signature]*, Deputy Clerk            5-25-12
Peter Oppeneer, Clerk of Court            Date